IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60625
Summary Calendar
_____

BARBARA ANDERSON,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:97-CV-501-BN
- - - - - - - - - -

October 26, 1999

Before REAVLEY, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

Barbara Anderson appeals from the district court's judgment affirming the denial of her application for disability insurance benefits. She argues that the administrative law judge (ALJ) failed to develop the record to determine whether her hypoparathyroid disorder met or equaled listing § 9.04A in appendix 1 and that the ALJ's assessment of Anderson's residual

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

functional capacity for a full range of medium work is not supported by substantial evidence.

This court lacks jurisdiction to review Anderson's claim that the ALJ failed to develop the record regarding her hypoparathyroid disorder and possible presence of severe recurrent tetany because that issue was not raised before the Appeals Council.  See Paul v. Shalala, 29 F.3d 208, 210 (5th Cir. 1994).  Anderson failed to meet her burden of showing that she was unable to return to her past relevant work, and there was substantial evidence upon which the ALJ could conclude that Anderson retained the residual functional capacity to perform her past relevant work.  Leggett v. Chater, 67 F.3d 558, 564 (5th Cir. 1995); Greenspan v. Shalala, 38 F.3d 232, 236 (5th Cir. 1994).  Accordingly, the judgment of the district court is AFFIRMED.